**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Defendants
Vista Property Development, Inc.,
Blue Ridge Properties, LLC,
and James Burke & Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re: | Bankruptcy Case 02-21699-B-7 |
| TRUCK-A-WAY, | |
|        Debtor. | |
| MICHAEL P. DACQUISTO, | **CIV S-03-0112-FCD** |
|        Plaintiff, | |
| v. | **STIPULATION FOR TERMINATION OF INJUNCTIONS AND TURNOVER OF PROPERTY, AND ORDER THEREON** |
| LINDA M. BURKE, ET AL., | |
|        Defendants. | |

Plaintiff Michael Dacquisto (hereafter "the Trustee"), Defendants Maureen Bossy (hereafter "Bossy"), Linda M. Burke (hereafter "Linda Burke"), James D. Burke & Co., Vista Property Development Inc.(hereafter "Vista"), Blue Ridge Properties, LLC (hereafter "Blue Ridge"), and Christine Castro (hereafter "Castro"), and James D. Burke (hereafter "James Burke") by and through their attorneys of record, hereby agree and stipulate as follows:

    1.    All the parties set forth above, and others, have entered into a global settlement which includes the above-captioned action.

    2.    Said global settlement has been approved by the bankruptcy court with jurisdiction over the pending bankruptcy cases of Truck-A-Way (Case No. 02-21699) and James D. Burke

(Case No. 02-26749), by means of orders the bankruptcy court entered March 10, 2005, which currently are on appeal.

3. The global settlement requires the payment by wire transfer of $350,000.00 by Blue Ridge to the Trustee, and the payment by wire transfer of $975,000.00 to the Trustee out of certain funds in Canada, held in the name of Bossy.

4. The global settlement also provides for the termination of an injunction issued by this Court in the above-captioned case on April 8, 2004 (hereafter "the April 8th Injunction"); for termination of all attachments or other judicial restraints on the ability of any defendant to transfer any property; for turnover by the Trustee of certain real property in Solano County, California to Castro; for turnover by the Trustee of a certain Cessna airplane to Vista; for turnover by the Trustee of certain real property in Palm Desert, California to Linda Burke; and for turnover by the Trustee of certain real property in Las Vegas, Nevada to Linda Burke.

5. The parties hereby agree and stipulate that the April 8th Injunction shall be terminated upon either of the following events:

(a) Any party hereto may file with the Court written notice that the wire transfers have been initiated and provide a copy thereof by facsimile transmission to the Trustee and to his counsel (hereafter "Notice of Payment"). Said Notice of Payment must include written confirmation from the wiring bank that the wire transfers have been initiated. Effective at the expiration of the third business day after the Notice of Payment is given, the April 8th Injunction shall be deemed terminated, unless the Trustee files a written notice with this Court, contesting that he has received the full amounts required under the global settlement (hereafter "Notice of Non-Payment"). Copies of said notice must be provided by facsimile transmission to the following attorneys: Gregory J. Hughes, Mike Nakagawa, W. Austin Cooper and Andrea Miller. In the event that the Trustee files a Notice of Non-Payment, the injunction shall not terminate until either the Trustee files a withdrawal of the Notice of Non-Payment, or this Court orders termination or modification of the injunction. In the event a Notice of Non-Payment is not filed by the Trustee, or if a Notice of Non-Payment is subsequently withdrawn by the Trustee, then any

///

party hereto may lodge with the Court a proposed order in the form attached hereto as Exhibit "1"; or

    (b)  Upon receiving confirmation of the receipt of the $975,000.00 from the Canada funds, and $375,000.00 from Blue Ridge, the Trustee shall promptly provide written notice of receipt of funds to the following persons: Gregory J. Hughes, Mike Nakagawa, W. Austin Cooper, Andrea Miller, A.G. Edwards, and Canadian Imperial Bank of Commerce. Immediately upon the Trustee providing such written notice, the April 8th Injunction shall be deemed terminated, and any party hereto may lodge with the Court a proposed order in the form attached hereto as Exhibit "1".

  6.  Vista asserts that it is the record owner of a Cessna 210 airplane (N5128A). Unless the Trustee files a Notice of Non-Payment, then three business days after the Notice of Payment the Trustee shall be deemed to have turned over and released to Vista any interest in said airplane, and any injunctive limitations on Vista's use or ownership of said airplane shall be deemed to be terminated.

  7.  Linda Burke asserts that she is an owner of record of an interest in a house in Las Vegas (7266 Silver Charm Court, Las Vegas, NV). Unless the Trustee files a Notice of Non-Payment, then three business days after the Notice of Payment the Trustee shall be deemed to have turned over and released to Linda Burke any such interest in said house.

  8.  Linda Burke asserts that she is the record owner of a condominium in Palm Desert (195 Desert Falls Drive East, Palm Desert, CA). Unless the Trustee files a Notice of Non-Payment, then three business days after the Notice of Payment the Trustee shall be deemed to have turned over and released to Linda Burke any interest in said condominium.

  9.  Castro asserts that she is the record owner of 60 acres of undeveloped land located on Ciarlo Lane in Solano County, California. Unless the Trustee files a Notice of Non-Payment, then three business days after the Notice of Payment the Trustee shall be deemed to have turned over and released to Castro any interest in said land or proceeds therefrom.

///

///

10. The turnover and release by the Trustee of the properties described in Paragraph 4 and implemented in Paragraphs 6,7, 8 and 9 above, is without prejudice to any claims between Vista, Linda Burke, James Burke, and Castro as to their ownership interests in said properties.

11. Within two weeks after the Trustee's undisputed receipt of the payments as provided in Paragraph 3, above, the parties shall submit a further stipulation for dismissal of the above-captioned action in the form attached hereto as Exhibit "2".

12. This Stipulation may be signed by facsimile in counterparts and the parties agree that the fully executed Stipulation may be submitted to the Court for approval without further notice.

**IT IS SO STIPULATED.**


Dated: _____, 2005
    Michael P. Dacquisto, Chapter 7
    Trustee for the Truck-A-Way Estate


Dated: _____, 2005
    Maureen Bossy


Dated: _____, 2005
    Linda M. Burke


Dated: _____, 2005     James D. Burke & Co.

    By _____
       James D. Burke


Dated: _____, 2005     Vista Property Development, Inc.

    By _____
       James D. Burke


Dacquisto v. Burke, No. 03-0112-FCD
Stipulation for Termination of Injunctions.final

4

| | | |
|---|---|---|
| 1 | Dated: _____, 2005 | Blue Ridge Properties, LLC |
| 2 | | |
| 3 | | By _____<br>James D. Burke |
| 4 | | |
| 5 | | |
| 6 | Dated: _____, 2005 | _____<br>James D. Burke |
| 7 | | |
| 8 | Dated: _____, 2005 | _____<br>Christine Castro |

**APPROVED AS TO FORM:**

**Stevens & O'Connell, LLP**

Dated: _____, 2005          By_____
                                    Craig C. Allison, Esq.
                                    Attorneys for Michael P. Dacquisto,
                                    Chapter 7 Trustee for the
                                    Truck-A-Way Estate

**Nageley, Meredith & Miller**

Dated: _____, 2005          By _____
                                    Andrea M. Miller, Esq.
                                    Attorneys for Maureen Bossy

**Hughes & Pritchard, LLP**

Dated: _____, 2005          By _____
                                    Gregory J. Hughes, Esq.
                                    Attorneys for Linda M. Burke

1
2                                                    **Rothschild, Wishek & Sands**
3
   Dated: _____, 2005          By  _____
4                                        Michael C. Chastaine, Esq.
                                         Attorney for Christine Castro
5
6
7                                                    **Nakagawa & Rico**
                                                     **A Professional Association**
8
9  Dated: _____, 2005          By  _____
                                         Mike K. Nakagawa, Esq.
10                                       Attorneys for Vista Property Development,
                                         Inc. Blue Ridge Properties, LLC, and James
11                                       Burke & Company
12
13                                                   **W. Austin Cooper**
                                                     **A Professional Corporation**
14
15
   Dated: _____, 2005          By  _____
16                                       W. Austin Cooper, Esq.
                                         Attorneys for James D. Burke
17
18
19
20                                  **ORDER**
21         The above stipulation is hereby approved.
22
23 Dated: June 20, 2005                   /s/ Frank C. Damrell Jr.
                                          Honorable Frank C. Damrell, Jr.
24                                        United States District Judge
25
26
27
28

**Dacquisto v. Burke, No. 03-0112-FCD**
**Stipulation for Termination of Injunctions.final**

6

**Exhibit 1**

**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Defendants
Vista Property Development, Inc.,
Blue Ridge Properties, LLC,
and James Burke & Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
(Sacramento Division)

| | |
|---|---|
| In re:<br><br>TRUCK-A-WAY,<br><br>Debtor.<br>_____/<br>MICHAEL P. DACQUISTO,<br><br>Plaintiff,<br>v.<br><br>LINDA M. BURKE, ET AL.,<br><br>Defendants.<br>_____/ | Bankruptcy Case 02-21699-B-7<br><br><br><br><br><br>**CIV S-03-0112-FCD**<br><br><br>**ORDER TERMINATING PRELIMINARY INJUNCTION AS WELL AS ATTACHMENTS AND OTHER JUDICIAL RESTRAINTS** |

The Court previously having approved a Stipulation for Termination of Injunctions and Turnover of Property between Plaintiff Michael Dacquisto, Defendants Maureen Bossy, Linda M. Burke, James D. Burke & Co., Vista Property Development Inc., Blue Ridge Properties, LLC and Christine Castro, as well as James D. Burke, finds that all conditions in such Stipulation have been met for entry of an order terminating the preliminary injunction entered in this action.

**IT IS THEREFORE ORDERED** that the preliminary injunction entered in this proceeding on April 8, 2004, be, and the same hereby is, **TERMINATED**.

**EXHIBIT 1**

1  ///

2  ///

3  **IT IS FURTHER ORDERED** that all attachments or other judicial restraints on the ability

4  of any Defendant to use or transfer any property be, and the same hereby are, **TERMINATED**.

7  Dated:_____

                                                 Honorable Frank C. Damrell, Jr.
8                                                United States District Judge

2                                                **EXHIBIT 1**

**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Defendants
Vista Property Development, Inc.,
Blue Ridge Properties, LLC,
and James Burke & Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re: | Bankruptcy Case 02-21699-B-7 |
| TRUCK-A-WAY, | |
| Debtor. | |
| MICHAEL P. DACQUISTO, | **CIV S-03-0112-FCD** |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, AND ORDER THEREON** |
| LINDA M. BURKE, ET AL., | |
| Defendants. | |

The Court previously having approved a Stipulation for Termination of Injunctions and Turnover of Property between Plaintiff Michael Dacquisto, Defendants Maureen Bossy, Linda M. Burke, James D. Burke & Co., Vista Property Development Inc., Blue Ridge Properties, LLC and Christine Castro, as well as James D. Burke, and all conditions in such Stipulation having been met, the parties thereto further stipulate and agree that the above-captioned action shall be dismissed with prejudice.

**EXHIBIT 2**

**IT IS SO STIPULATED.**

Dated: _____, 2005

       Michael P. Dacquisto, Chapter 7
       Trustee for the Truck-A-Way Estate

Dated: _____, 2005

       Maureen Bossy

Dated: _____, 2005

       Linda M. Burke

Dated: _____, 2005       James D. Burke & Co.

       By _____
           James D. Burke

Dated: _____, 2005       Vista Property Development, Inc.

       By _____
           James D. Burke

Dated: _____, 2005       Blue Ridge Properties, LLC

       By _____
           James D. Burke

Dated: _____, 2005

       James D. Burke

Dated: _____, 2005

       Christine Castro

**EXHIBIT 2**

1 | **APPROVED AS TO FORM:**

**Stevens & O'Connell, LLP**

4 | Dated: _____, 2005    By _____
Craig C. Allison, Esq.
Attorneys for Michael P. Dacquisto, Chapter 7 Trustee for the Truck-A-Way Estate

**Nageley, Meredith & Miller**

Dated: _____, 2005    By _____
Andrea M. Miller, Esq.
Attorneys for Maureen Bossy

**Hughes & Pritchard, LLP**

Dated: _____, 2005    By _____
Gregory J. Hughes, Esq.
Attorneys for Linda M. Burke

**Rothschild, Wishek & Sands**

Dated: _____, 2005    By _____
Michael C. Chastaine, Esq.
Attorney for Christine Castro

**Nakagawa & Rico**
**A Professional Association**

Dated: _____, 2005    By _____
Mike K. Nakagawa, Esq.
Attorneys for Vista Property Development, Inc. Blue Ridge Properties, LLC, and James Burke & Company

3

EXHIBIT 2

**W. Austin Cooper**
**A Professional Corporation**

Dated: _____, 2005     By  _____
W. Austin Cooper, Esq.
Attorneys for James D. Burke

**ORDER**

The above stipulation is hereby approved and the above-captioned proceeding is **DISMISSED WITH PREJUDICE**.

Dated:_____     _____
Honorable Frank C. Damrell, Jr.
United States District Judge

4                                        EXHIBIT 2