1 | **Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
2 | **A Professional Association**
2151 River Plaza Drive, Suite 195
3 | Sacramento, California  95833
Telephone: (916) 923-2800
4 | Facsimile: (916) 923-2828

5 | Attorneys for Defendants
Vista Property Development, Inc.,
6 | Blue Ridge Properties, LLC,
and James Burke & Company

7 |

8 |

9 | **UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
10 | (Sacramento Division)

11 | In re:                                                     Bankruptcy Case 02-21699-B-7

12 | TRUCK-A-WAY,

13 |                     Debtor.
                                                          /
14 |
       MICHAEL P. DACQUISTO,                     **CIV S-03-0112-FCD**
15 |
                            Plaintiff,
16 | v.                                           **STIPULATION FOR RELEASE OF**
                                                  **BLUE RIDGE FUNDS AND ORDER**
17 | LINDA M. BURKE, ET AL.,                       **THEREON**

18 |                     Defendants.
                                                          /
19 |

20 |        Plaintiff Michael P. Dacquisto (hereafter "the Trustee") and Defendant  Blue Ridge

21 | Properties, LLC  (hereafter "Blue Ridge"), by and through their respective counsel, hereby agree

22 | and stipulate as follows:

23 |        1.      All the parties set forth above, and others, have entered into a global settlement

24 | which includes the above-captioned action.

25 |        2.      Said global settlement has been approved by the bankruptcy court with jurisdiction

26 | over the pending bankruptcy cases of Truck-A-Way (Case No. 02-21699) and James D. Burke

27 | (Case No. 02-26749), by means of orders entered March 10, 2005, which currently are on appeal.

28 | ///

*Dacquisto v. Burke, No. 03-0112-FCD*
*Stipulation for Release of Blue Ridge Funds.5*

3.    The global settlement requires the payment of $350,000.00 to the Truck-A-Way Trustee by wire transfer from funds maintained by Blue Ridge in A.G. Edwards Account No. 331-334960 (hereafter "AGE Account"). Said funds (and other assets in the AGE Account) have been frozen by means of an injunction issued by this Court on April 8, 2004 (hereafter "April 8th Injunction") and by a writ of attachment issued in this action when it was pending in the bankruptcy court.

4.    Under a separate Claims Purchase, Assignment and Release Agreement, (hereafter "Claims Assignment Agreement") to which the Truck-A-Way Trustee is not a party, James D. Burke or an entity owned or controlled by him is also required to pay $80,000.00 to City National Bank from the AGE Account.

5.    In accordance with the global settlement, Blue Ridge hereby authorizes the transfer of $350,000.00 by wire transfer to the Truck-A-Way Trustee from the funds in the AGE Account.

6.    In accordance with the separate Claims Assignment Agreement, Blue Ridge hereby authorizes the transfer of $80,000.00 by wire transfer to City National Bank from the funds in the AGE Account.

7.    Upon payment of the $350,000.00 to the Truck-A-Way Trustee, and $80,000.00 to City National Bank, the balance of all funds remaining in the AGE Account shall be released to Blue Ridge, free and clear of any interests of the Truck-A-Way Trustee, City National Bank and any other party to the global settlement or the Claims Assignment Agreement, including any interests arising as a result of attachments or judicial restraints. The release of the balance of the funds in the AGE Account shall be effective upon the termination of the April 8th Injunction, as provided in the separate Stipulation for Termination of Injunctions and Turnover of Property, and Order Thereon, submitted herewith.

8.    The parties to this Stipulation agree that the April 8th Injunction and any other judicial restraints, including attachments, are lifted with respect to the AGE Account to permit the payments provided under Paragraphs 3 through 7, above.

9.    After payment of all funds due under the global settlement to the Trustee, the parties shall submit a stipulation for dismissal of the within case.

1    10.    This Stipulation may be signed by facsimile in counterparts and the parties agree

2  that the fully executed Stipulation may be submitted to the Court for approval without further

3  notice.

4  **IT IS SO STIPULATED.**

5

6  Dated: _____, 2005         _____
                                            Michael P. Dacquisto, Chapter 7
7                                            Trustee for the Truck-A-Way Estate

8

9  Dated: _____, 2005         Blue Ridge Properties, LLC

10

11                              By    _____
                                            James D. Burke

12

13  **APPROVED AS TO FORM:**

14
                                            **Stevens & O'Connell, LLP**
15

16

17  Dated: _____, 2005     By_____
                                            Craig C. Allison, Esq.
18                                            Attorneys for Michael P. Dacquisto,
                                            Chapter 7 Trustee for Truck-A-Way
19

20
                                            **Nakagawa & Rico**
21                                            **A Professional Association**

22

23  Dated: _____, 2005     By    _____
                                            Mike K. Nakagawa, Esq.
24                                            Attorneys for Vista Property Development,
                                            Blue Ridge Properties, LLC, and James Burke
25                                            & Company

26

27

28

**Dacquisto v. Burke, No. 03-0112-FCD**
**Stipulation for Release of Blue Ridge Funds.5**          3

1

**ORDER**

2

      The above stipulation is hereby approved.

3

4

Dated: June 20, 2005                           /s/ Frank C. Damrell Jr.

5

                                                Honorable Frank C. Damrell, Jr.

6

                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Dacquisto v. Burke, No. 03-0112-FCD**
**Stipulation for Release of Blue Ridge Funds.5**       4