**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  #071288
Amelia Ryan Pritchard   #196902
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone  (916) 774-7506
Facsimile (916) 791-1644

Attorneys for Defendant Linda M. Burke

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re:<br><br>TRUCK-A-WAY,<br><br>    Debtor.<br>_____/ | Bankruptcy Case 02-21699-B-7 |
| MICHAEL P. DACQUISTO,<br><br>    Plaintiff,<br>v.<br><br>LINDA M. BURKE, ET AL.,<br><br>    Defendants.<br>_____/ | CIV S-03-0112-FCD<br><br>**STIPULATION FOR RELEASE OF CANADIAN FUNDS AND ORDER THEREON** |

Plaintiff Michael P. Dacquisto (hereafter "the Trustee"), and Defendants Maureen Bossy (hereafter "Bossy") and Linda M. Burke (hereafter "Burke"), hereby agree and stipulate as follows:

1.     All the parties set forth above, and others, have entered into a global settlement which includes the above-captioned action.

2.     Said global settlement has been approved by the bankruptcy court with jurisdiction over the pending bankruptcy cases of Truck-A-Way (Case No. 02-21699) and James D. Burke (Case No. 02-26749), by means of orders entered by the bankruptcy court on March 10, 2005, which currently are on appeal.

///

3. The global settlement requires a payment to the Trustee out of certain funds in Canada, consisting of assets held at Canadian Imperial Bank of Commerce in two separate accounts, Nos. 572-54422 and 572-54400, in the name of Bossy. Said accounts (hereafter "Canadian Funds") have been frozen by an order of the Superior Court, Province of Canada, District of Montreal, Case No. 500-11-020616-039, and were also frozen by means of an injunction issued by this court on April 8, 2004 (hereafter "April 8th Injunction").

4. The Canadian Funds are to be paid and released as follows:

   a. $975,000.00 is to be paid to the Trustee by wire transfer; and

   b. The balance is to be released to Bossy, in accordance with the terms of the global settlement, effective upon the termination of the April 8th Injunction, as provided in the separate Stipulation for Termination of Injunctions and Turnover of Property, and Order Thereon, submitted herewith.

5. The parties to this Stipulation agree that the April 8th Injunction is lifted with respect to the Canadian Funds to permit the payment to the Trustee provided under Paragraph 4 above.

6. The parties shall submit a separate stipulation to deal with other requirements of the global settlement between them, and, after payment of all funds due to the Trustee under the global settlement, a stipulation for dismissal of the above-captioned case.

7. This Stipulation may be signed by facsimile in counterparts and the parties agree that the fully executed Stipulation may be submitted to the Court for approval without further notice.

**IT IS SO STIPULATED.**

Dated: _____, 2005  _____
                                          Michael P. Dacquisto, Chapter 7
                                          Trustee of the Truck-A-Way Estate

Dated: _____, 2005  _____
                                          Maureen Bossy

Dated: _____, 2005   _____
Linda M. Burke

**APPROVED AS TO FORM**:

                    **Stevens & O'Connell, LLP**

Dated: _____, 2005   By _____
Craig C. Allison, Esq.
Attorneys for Michael P. Dacquisto

                    **Nageley, Meredith & Miller**

Dated: _____, 2005   By _____
Andrea M. Miller, Esq.
Attorneys for Maureen Bossy

                    **Hughes & Pritchard, LLP**

Dated: _____, 2005   By _____
Gregory J. Hughes, Esq.
Attorneys for Linda M. Burke

**ORDER**

The above stipulation is hereby approved.

Dated: June 20, 2005   /s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
United States District Judge

3