**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California  95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Defendants
Vista Property Development, Inc.,
Blue Ridge Properties, LLC,
and James Burke & Company

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re: | Bankruptcy Case 02-21699-B-7 |
| TRUCK-A-WAY, | |
| Debtor. | |
| _____/ | |
| MICHAEL P. DACQUISTO, | **CIV S-03-0112-FCD** |
| Plaintiff, | |
| v. | **ORDER TERMINATING PRELIMINARY INJUNCTION AS WELL AS ATTACHMENTS AND OTHER JUDICIAL RESTRAINTS** |
| LINDA M. BURKE, ET AL., | |
| Defendants. | |
| _____/ | |

The Court previously having approved a Stipulation for Termination of Injunctions and Turnover of Property between Plaintiff Michael Dacquisto, Defendants Maureen Bossy, Linda M. Burke, James D. Burke & Co., Vista Property Development Inc., Blue Ridge Properties, LLC and Christine Castro, as well as James D. Burke, finds that all conditions in such Stipulation have been met for entry of an order terminating the preliminary injunction entered in this action.

**IT IS THEREFORE ORDERED** that the preliminary injunction entered in this proceeding on April 8, 2004, be, and the same hereby is, **TERMINATED**.

///

///

1      **IT IS FURTHER ORDERED** that all attachments or other judicial restraints on the ability
2 of any Defendant to use or transfer any property be, and the same hereby are, **TERMINATED**.

5 Dated: June 28, 2005            /s/ Frank C. Damrell Jr.
                                                   Honorable Frank C. Damrell, Jr.
6                                                      United States District Judge