**Mike K. Nakagawa, Esq. (SB#95760)**
**NAKAGAWA & RICO**
**A Professional Association**
2151 River Plaza Drive, Suite 195
Sacramento, California 95833
Telephone: (916) 923-2800
Facsimile: (916) 923-2828

Attorneys for Defendants
Vista Property Development, Inc.,
Blue Ridge Properties, LLC,
and James Burke & Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re: | Bankruptcy Case 02-21699-B-7 |
| TRUCK-A-WAY, | |
| Debtor. | |
| MICHAEL P. DACQUISTO, | **CIV S-03-0112-FCD** |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, AND ORDER THEREON** |
| LINDA M. BURKE, ET AL., | |
| Defendants. | |

The Court previously having approved a Stipulation for Termination of Injunctions and Turnover of Property between Plaintiff Michael Dacquisto, Defendants Maureen Bossy, Linda M. Burke, James D. Burke & Co., Vista Property Development Inc., Blue Ridge Properties, LLC and Christine Castro, as well as James D. Burke, and all conditions in such Stipulation having been met, the parties thereto further stipulate and agree that the above-captioned action shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: __June 6__, 2005            /S/ Michael P. Dacquisto
Michael P. Dacquisto, Chapter 7
Trustee for the Truck-A-Way Estate

Dated: __July 4__, 2005            /S/ Maureen Bossy
Maureen Bossy

Dated: __July 1__, 2005            /S/ Linda M. Burke
Linda M. Burke

Dated: __June 3__, 2005            James D. Burke & Co.

By __/S/ James D. Burke, Pres.__
James D. Burke

Dated: __June 3__, 2005            Vista Property Development, Inc.

By __/S/ James D. Burke, Pres.__
James D. Burke

Dated: __June 3__, 2005            Blue Ridge Properties, LLC

By __/S/ James D. Burke, Pres.__
James D. Burke

Dated: __June 3__, 2005            /S/ James D. Burke
James D. Burke

Dated: __June 6__, 2005            /S/ Christine Castro
Christine Castro

1  **APPROVED AS TO FORM:**

2                                     **Stevens & O'Connell, LLP**

4  Dated:   June 8  , 2005          By  /S/ Craig C. Allison
                                                      Craig C. Allison, Esq.
                                                      Attorneys for Michael P. Dacquisto, Chapter 7 Trustee for the Truck-A-Way Estate

                                   **Nageley, Meredith & Miller**

10  Dated:   July 6  , 2005          By  /S/ Andrea M. Miller
                                                      Andrea M. Miller, Esq.
                                                      Attorneys for Maureen Bossy

12                                  **Hughes & Pritchard, LLP**

14  Dated:   June 8  , 2005          By  /S/ Gregory J. Hughes
                                                        Gregory J. Hughes, Esq.
                                                      Attorneys for Linda M. Burke

17                                  **Rothschild, Wishek & Sands**

19  Dated:   June 6  , 2005          By  /S/ Michael C. Chastaine
                                                        Michael C. Chastaine, Esq.
                                                      Attorney for Christine Castro

22                                  **Nakagawa & Rico**
                                **A Professional Association**

25  Dated:   June 13  , 2005         By  /S/ Mike K. Nakagawa
                                                      Mike K. Nakagawa, Esq.
                                                      Attorneys for Vista Property Development, Inc. Blue Ridge Properties, LLC, and James Burke & Company

**W. Austin Cooper**
**A Professional Corporation**

Dated: _____, 2005          By  /S/ W. Austin Cooper
                                           W. Austin Cooper, Esq.
                                           Attorneys for James D. Burke

**ORDER**

The above stipulation is hereby approved and the above-captioned proceeding is **DISMISSED WITH PREJUDICE**.

Dated: July 12, 2005                       /s/ Frank C. Damrell Jr.
                                           Honorable Frank C. Damrell, Jr.
                                           United States District Judge

4